UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

    Plaintiff,                                                      Hon. Jane M. Beckering

v                                                                  Case no. 1:21-cr-00209

ZACHARY GROSSER,

    Defendant.

_____

## MOTION TO SUPPRESS

NOW COMES Defendant, Zachary Grosser, by his attorney, Deno P. Fotieo, and moves to suppress any and all evidence seized as a result of search warrants authorized as follows:

In the Matter of Information associated with Facebook User ID Name/Number (Zach.grosser.9/100000337748053; with sealed case # 1:21-mj-198. And,

In the Matter of Search of 4200 East D Avenue, Kalamazoo, Michigan 49009, and a person named Zachary Robert Grosser; with sealed case # 1:21-mj-442.

The warrants were authorized in violation of defendant's Fourth Amendment rights per the United States Constitution.

In addition, any subsequent evidence obtained as a result of said warrants should be excluded as fruits of the poisonous tree. Said exclusion would include any statements from defendant upon execution of said warrants, or subsequent thereto.

Defendant submits Brief in Support of his Motion herein.

Dated: January 17, 2022                    Respectfully submitted,

                                           Deno P. Fotieo
                                           s/ Deno P. Fotieo
                                           Attorney for Defendant
                                           146 Monroe Center Street NW., Ste 606
                                           Grand Rapids, Michigan, 49503
                                           (616) 459-4279