UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZACHARY GROSSER,

    Defendant.
_____/

Case No. 1:21-cr-209

HON. JANE M. BECKERING

## **AMENDED ORDER**

This matter is before the Court on the parties' Second Joint Motion to File Under Restricted Access (ECF No. 45), seeking leave to file the plea agreement (ECF No. 45-2) under restricted access. The Court, having reviewed the filings, grants in part and denies in part the Joint Motion. Specifically, the Court will permit the parties to file paragraphs 7 and 12 of the plea agreement as a supplemental filing under restricted access, with access limited to only the Court, counsel of record for Defendant, and the United States Attorney. Absent good cause for an extension, restricted access will last for a period of one year from the date the supplemental document is filed. The parties' request to file the remainder of the plea agreement under restricted access is denied.

**IT IS SO ORDERED**.

Dated: June 15, 2022

   /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge