# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Zachary Grosser | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00209-JMB-1 | 6/15/2021 | 1:11 - 1:52 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Patrick James Castle by Lauen Biksacky | Defendant: Deno P. Fotieo | Counsel Designation: CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-4 | Read ✓<br>Reading Waived __ |

**TYPE OF HEARING**
- __ First Appearance
- __ Arraignment:
  - __ mute    __ nolo contendre
  - __ not guilty    __ guilty
- __ Initial Pretrial Conference
- __ Detention    (waived __)
- __ Preliminary    (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- ✓ Change of Plea
- __ Sentencing
- __ Other: ____

**DOCUMENTS**
- __ Defendant's Rights
- __ Waiver of ____
- ✓ Consent to Mag. Judge for Plea
- __ Other: ____

Court to Issue:
- ✓ Report & Recommendation
- __ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- __ Other: ____

**CHANGE OF PLEA**

Guilty Plea to Count(s) 1&2 of the Indictment

Count(s) to be dismissed at sentencing: 3-4

Presentence Report:
  ✓ Ordered    __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

**EXPEDITED RESOLUTION**

__ Case appears appropriate for expedited resolution

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: ____<br>Probation: ____<br>Supervised Release: ____<br>Fine: $ ____<br>Restitution: $ ____<br>Special Assessment: $ ____<br>Plea Agreement Accepted: __Yes __No<br>Defendant informed of right to appeal: __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ ____ |

**CASE TO BE:** Referred to District Judge    **TYPE OF HEARING:** Sentencing

**Reporter/Recorder:** Digitally Recorded    **Courtroom Deputy:** A. Doezema