## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Zachary Grosser | | | | DISTRICT JUDGE: Jane M. Beckering |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-cr-209 | 10/14/2022 | 10:57 AM - 11:51 AM | Grand Rapids | |

### APPEARANCES

| Government: Patrick James Castle | Defendant: Deno P. Fotieo | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute  [ ] nolo contendere
  - [ ] not guilty  [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived [ ])
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: _____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: _____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [✓] Other: Judgment

### CHANGE OF PLEA
Charging Document:
- [ ] Read  [ ] Reading Waived

Guilty Plea to Count(s): _____
of the _____

Count(s) to be dismissed at sentencing: _____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

| Imprisonment: 60/84 Months, consecutive | Plea Agreement Accepted: [✓] Yes [ ] No |
|---|---|
| Probation: | Defendant informed of right to appeal: [✓] Yes [ ] No |
| Supervised Release: 3/3 Years, concurrent | Counsel informed of obligation to file appeal: [✓] Yes [ ] No |
| Fine: $ 500.00 | Conviction Information: |
| Restitution: $ | Date: 6/15/2022 |
| Special Assessment: $ 200.00 | By: Plea |
| | As to Count (s): One and Two |

**ADDITIONAL INFORMATION:**
Counts Three and Four of the Indictment are dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Melinda Dexter | **Case Manager:** R. Wolters |